## 71540. BRADSHAW v. WOOLFORD.
(336 SE2d 850)

BANKE, Chief Judge.
It appearing that a motion for new trial was filed in this case on the same date as the notice of appeal and that the motion has not been ruled on by the trial court, it follows that the appeal must be dismissed as premature. See OCGA § 5-6-38; *Strauss v. Peachtree Assoc.*, 156 Ga. App. 536 (275 SE2d 90) (1980); *Pirkle v. Triplett*, 153 Ga. App. 524 (265 SE2d 854) (1980).

*Appeal dismissed. McMurray, P. J., and Benham, J., concur.*

DECIDED OCTOBER 11, 1985.

*Michael C. Pratt*, for appellant.
*Bruce A. Howe*, for appellee.